# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL J. WILLIAMS, III, | ) |
| Plaintiff, | ) |
| v. | ) CIV-05-376-R |
| MAJOR CLIFF URANGA, et al., | ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered April 29, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED without prejudice for failure to state a claim on which relief can be granted and failure to show exhaustion of administrative remedies.

**IT IS SO ORDERED this 23rd day of May, 2005.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE